

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

(a) PLAINTIFFS: Barbara G. Kloss

DEFENDANTS: Paddock Publications d/b/a The Daily Herald

(b) County of Residence of First Listed (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE LAND INVOLVED.

FILED JUN 26 2008 TC
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(c) Attorney's (Firm Name, Address, and Telephone Number) 630-289-5671
Barbara G. Kloss  1497 Ramblewood Dr. Hanover Park, IL 60133

Attorneys (If Known)

**08CV3659**
**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE DENLOW**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[CIVIL RIGHTS: 442 Employment checked]

## ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

## I. CAUSE OF ACTION

Disability Discrimination ADA  42 USC 1981 retaliation

## II. REQUESTED IN COMPLAINT:

JURY DEMAND: [X] Yes

## III. This case [X] is not a refiling of a previously dismissed action.

Signature: Barbara Kloss  6/26/08