

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Barbara G. Kloss
(Please print)

**STREET ADDRESS:** 1497 Ramblewood Dr.

**CITY/STATE/ZIP:** Hanover Park, Il. 60133

**PHONE NUMBER:** 630-289-5671

**CASE NUMBER:** 08CV3659
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW

_Barbara A Kloss_        6-26-08
Signature                Date

FILED

JUN 26 2008 TC
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT