# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3659 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Barbara G. Kloss           vs           Paddock Publications d/b/a The Daily Herald | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application is granted.     Summons to issue

[Docketing to mail notices]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|

Case 1:08-cv-03659     Document 5     Filed 06/27/2008     Page 1 of 1