U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 08 C 3659
Barbara G. Kloss
v.
Paddock Publications d/b/a The Daily Herald

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Paddock Publications d/b/a The Daily Herald

| | |
|---|---|
| NAME (Type or print) <br> Ian H. Morrison | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ian H. Morrisonn | |
| FIRM <br> SEYFARTH SHAW LLP | |
| STREET ADDRESS <br> 131 S. Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP <br> Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06231153 | TELEPHONE NUMBER <br> 312/460-5830 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |