

**FILED**

JUL 11 2008 YM
Jul 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

Barbara Kloss

v.

Case No. 08-C-3659
Judge Gettleman

**Defendant(s)**

Paddock Publications
d/b/a The Daily Herald

attachment to complaint

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>07M0905.07 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2007CF /398 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Barbara G. Kloss | HOME TELEPHONE (include area code)<br>(630) 289-5671 | |
|---|---|---|
| Street Address<br>1497 Ramblewood Drive | CITY, STATE AND ZIP CODE<br>Hanover Park, Illinois 60133 | DATE OF BIRTH<br>/ / |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>The Daily Herald | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>(847) 427-4391 |
|---|---|---|
| STREET ADDRESS<br>155 East Algonquin Road | CITY, STATE AND ZIP CODE<br>Arlington Heights, Illinois 60005 | County<br>Cook |
| CAUSE OF DISCRIMINATION BASED ON:<br><br>MENTAL HANDICAP | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>/ /       7/18/06<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

I. A. ISSUE/BASIS
DISCHARGE – JULY 18, 2006, BECAUSE OF MY MENTAL HANDICAP, BI-POLAR DISORDER

B. PRIMA FACIE ALLEGATIONS
1. I am a handicapped individual as defined by the Illinois Human Rights Act.

2. Respondent was aware of my handicap status.

3. My job performance met Respondent's legitimate expectations. I was hired on November 11, 2003.

4. On July 18, 2006, I was discharged. The reason given for the discharge was because I exceeded my family medical leave.

5. My handicap is unrelated to my ability to perform the essential functions of my duties.

Continued…

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br><br>[signature]     11-3-06<br>NOTARY SIGNATURE     MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>BRIAN McDOUGALL<br>NOTARY PUBLIC STATE OF ILLINOIS<br>MY COMMISSION EXPIRES 10/14/2009<br><br>NOTARY SEAL | X [signature]    11/3/06<br>SIGNATURE OF COMPLAINANT     DATE<br><br>I declare under penalty that the foregoing is true and correct. I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br><br>"return this copy"<br><br>Dept. of Human Rights<br>Intake Division<br>NOV – 9 2006 |

FORM 5 (5/05)

**page #2**

Once 395 days (or the extended time) have passed, DHR must dismiss your charge with prejudice without any further right to proceed if you have not filed a complaint with the Commission. Therefore, you may wish to contact an attorney to decide the best way for you to handle your case. If you file a complaint, the form of the complaint must be in accordance with Section 7A-102(F) of the Human Rights Act. You must serve a copy of the complaint on DHR, on the same day that you file the complaint with the Commission. The Commission will then schedule a hearing for your case before an Administrative Law Judge. If you have any questions about filing a complaint, you should contact the Commission at (312) 814-6268 or 814-6269.

You must advise the investigator of all changes of name, address, or telephone numbers. If you do not do so, DHR may dismiss your case if it cannot locate you. You will be notified when this case is assigned to an investigator.

CC: Respondent

IN-6 No Med
REV. 04/03