**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Barbara G. Kloss | 08C3659  O8cu3659 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Paddock Publications d/b/a The Daily Herald | S/C |

**SERVE** ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**Paddock Publications**

**AT** | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

155 E. Algonquin Rd., Arlington Hts., IL 60005

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Barbara G. Kloss<br>1497 Ramblewood Dr.<br>Hanover Park, IL 60133 | Number of process to be served with this Form - 285 **1** |
| | Number of parties to be served in this case **1** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                              Fold

**FILED**
Jul 14, 2008
JUL 14 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>07-01-08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process **1** | District of Origin No. **24** | District to Serve No. **24** | Signature of Authorized USMS Deputy or Clerk  TD | Date<br>07-01-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Linda Nason, HR Admin. | |
| Address (complete only if different than shown above) | Date of Service: 7/1/2008    Time: 15:10  pm |
| | Signature of U.S. Marshal or Deputy  PATEL, H.B. #594 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 96.00 | 22.31 | 0 | 118.31 | 0 | 118.31 | 0 |

REMARKS:

46 miles
2 hours
1 dusm

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|