UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA G. KLOSS, | ) |
| Plaintiff, | ) Case No. 08 CV 3659 |
| v. | ) Judge Robert W. Gettleman |
| PADDOCK PUBLICATIONS d/b/a THE DAILY HERALD, | ) Magistrate Judge Morton Denlow |
| Defendant. | ) |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Paddock Publications d/b/a The Daily Herald ("Paddock Publications") pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule for the Northern District of Illinois 3.2A, for its Corporate Disclosure Statement states as follows:

Paddock Publications is a privately owned company. Paddock Publications has no parent corporation and no publicly held corporation owns more than 5% of its stock.

Respectfully submitted,

DATED: Friday July 18, 2008          PADDOCK PUBLICATIONS

By:___s/ Ian H. Morrison___
Ian H. Morrison
Jonathan J.C. Grey
Seyfarth Shaw, LLP
131 S. Dearborn, Suite 2400
Chicago, IL 60603
312.460.5000 (phone)
312.460.7000 (facsimile)

CH1 11524485.1

## CERTIFICATE OF SERVICE

I, Ian H. Morrison, an attorney, do hereby certify that I have filed electronically via the CM/ECF system the foregoing **CORPORATE DISCLOSURE STATEMENT** and caused a true and correct copy to be served upon the following:

>Barbara G. Kloss
>1497 Ramblewood Drive
>Hanover Park, IL 60133

by U.S. Regular Mail on this 18th day of July, 2008.

/s Ian H. Morrison
Ian H. Morrison
